# EXHIBIT 1



**Mark Betancourt <mark.betancourt@gmail.com>**

# FOIA Request SSA-2023-005046 Submitted

**SSAFOIA-DoNotReply@regulations.gov** <SSAFOIA-DoNotReply@regulations.gov>  Thu, Feb 23, 2023 at 3:39 PM
To: mark.betancourt@gmail.com

This message is to confirm your request submission to the FOIAonline application: View Request. Request information is as follows:

- Tracking Number: SSA-2023-005046
- Requester Name: Mark Betancourt
- Date Submitted: 02/23/2023
- Request Status: Submitted
- Description: Dear Ms. Christ:

  This is a request under the Freedom of Information Act.

  I request that a copy of documents containing the following information be provided to me:

  Hearings completion data from SSA's Case Processing and Management System, by name of individual administrative law judges (ALJ) for all ALJs in the Office of Hearings Operations, including the following information for each judge: [Judge (name), Hearing Office, Region, Total Dispositions, Total ALJ Dispositions Across All Offices, Decisions, Awards, Denials, Fully Favorable and Partially Favorable] for every calendar month beginning January 2006 until the present.

  For reference, I am asking for the same data posted on the agency website at https://www.ssa.gov/appeals/DataSets/03_ALJ_Disposition_Data.html, but broken down monthly rather than annually over the specified span of time.

  Please provide this data electronically in spreadsheet form (Excel file or .csv).

  In order to help to determine my status to assess fees, you should know that I am a freelance journalist reporting for Mother Jones magazine, and this request is made as part of news gathering and not for a commercial use.

  Thank you for your consideration of this request. Please don't hesitate to contact me at mark.betancourt@gmail.com or (520) 245-2794 with any questions.

  Sincerely,

  Mark Betancourt
  4107 Farragut St
  Hyattsville, MD 20781
  (520) 245-2794