# EXHIBIT 2



**Mark Betancourt <mark.betancourt@gmail.com>**

# SSA-2023-005046, Status of FOIA Request, March 23, 2023

**no-reply@foiaonline.gov** <no-reply@foiaonline.gov>  Thu, Mar 23, 2023 at 8:11 AM
To: mark.betancourt@gmail.com

Dear Mr. Betancourt,

We received your Freedom of Information Act request on February 23, 2023 (SSA-2023-004917). Please know that we are still processing your request. The FOIA is centrally processed at the Social Security Administration (SSA) in the Office of Privacy and Disclosure (OPD); therefore, OPD we must consult with components outside of our office concerning your records request. We appreciate your patience as we continue to assess your request.

Please do not reply directly to this email correspondence. If you have an account with FOIAonline, you can correspond directly with us by logging into your account. If you need to correspond with us regarding your FOIA request but do not have an account with FOIAonline, please send your correspondence to FOIA.Public.Liaison@ssa.gov. The FOIA Public Liaison mailbox was created to assist the public with their FOIA requests, as well as to provide assistance to individuals requesting access to their own records under the Privacy Act. When you email this mailbox, we encourage you to limit the amount of personally identifiable information you provide in your email correspondence. While SSA operates within a secure network, we have no control of the data we receive while it is in transit to or from our FOIA Public Liaison mailbox. Please include your FOIA tracking number in your email.

Sincerely,

The FOIA Team

Social Security Administration