# EXHIBIT 3

 Gmail                                                                                      **Mark Betancourt <mark.betancourt@gmail.com>**

## request for completion date for SSA-2023-005046

**Mark Betancourt** <mark.betancourt@gmail.com>                                      Fri, Sep 8, 2023 at 4:20 PM
To: ^FOIA Public Liaison <FOIA.Public.Liaison@ssa.gov>

Hello,

I am writing to request an estimated completion date for pending request SSA-2023-005046 as afforded by the FOIA statute 5 U.S.C. § 552(a)(7)(B)(ii), which requires the agency to provide an "estimated date on which the agency will complete action."

Thanks in advance,

Mark Betancourt
(520) 245-2794
mark.betancourt@gmail.com