# EXHIBIT 6



Mark Betancourt <mark.betancourt@gmail.com>

## SSA-2023-005046, Information and Status Pertaining to Your FOIA Request, September 20, 2023

**^FOIA Public Liaison** <FOIA.Public.Liaison@ssa.gov>   Wed, Oct 4, 2023 at 1:50 PM
To: Mark Betancourt <mark.betancourt@gmail.com>
Cc: ^FOIA Public Liaison <FOIA.Public.Liaison@ssa.gov>

Greetings,

Thank you for your inquiry regarding SSA-2023-005046. Your email has been forwarded to the analyst assigned to process your request for further consideration. You should hear from them soon.

When you email the FOIA Public Liaison mailbox, we encourage you to limit the amount of personally identifiable information you provide in your email correspondence. While SSA operates within a secure network, we have no control of the data we receive while it is in transit to or from our FOIA Public Liaison mailbox.

Sincerely,

The Freedom of Information Act (FOIA) Team

Social Security Administration (SSA)

**From:** Mark Betancourt <mark.betancourt@gmail.com>
**Sent:** Tuesday, October 03, 2023 2:17 PM
**To:** ^FOIA Public Liaison <FOIA.Public.Liaison@ssa.gov>
**Subject:** [EXTERNAL] Re: SSA-2023-005046, Information and Status Pertaining to Your FOIA Request, September 20, 2023