# EXHIBIT 7



**Mark Betancourt <mark.betancourt@gmail.com>**

## SSA-2023-005046 - SSA Response to October 3, 2023 Email

**noreply@foia.ssa.gov** <noreply@foia.ssa.gov>  Thu, Oct 26, 2023 at 4:27 PM
To: mark.betancourt@gmail.com

Dear Mark Betancourt,

This is in response to your October 3, 2023 email to the Freedom of Information Act (FOIA) Public Liaison mailbox advising that you are willing to modify your request to accept the requested data if the agency is able to provide fiscal-month-to-fiscal month ALJ disposition data for the entire timeframe (January 1, 2006 through the present) using a separate case tally for each judge for each individual fiscal month (not in the form of a running year-to date total as it is formatted on the public website).  Please know that we are consulting with the responsive component to determine whether fiscal-month-to-fiscal month ALJ disposition data for the entire timeframe (January 1, 2006 through the present) is maintained, and if so, to understand the process for retrieving the data.  With your clarification, we understand that the Social Security Administration's (SSA) Case Processing and Management System data (i.e., ALJ disposition data) that you are requesting is not available in the format you are requesting on the SSA's public facing website at https://www.ssa.gov/appeals/DataSets/03_ALJ_Disposition_Data.html.

Once we assess the availability of the fiscal-month-to-fiscal month ALJ disposition data (i.e., judge name, hearing office, region, total dispositions, total ALJ dispositions across all offices, decisions, awards, denials, fully favorable, and partially favorable) for the requested timeframe of January 1, 2006 through the present, we will issue a revised fee notice, if necessary.  If not, we will process the FOIA accordingly and issue a final response.

Please do not reply directly to this email correspondence.  If you need to correspond with us regarding your FOIA request, please send your correspondence to FOIA.Public.Liaison@ssa.gov.  The FOIA Public Liaison mailbox was created to assist the public with their FOIA requests, as well as to provide assistance to individuals requesting access to their own records under the Privacy Act.  When you email this mailbox, we encourage you to limit the amount of personally identifiable information you provide in your email correspondence.  While SSA operates within a secure network, we have no control of the data we receive while it is in transit to or from our FOIA Public Liaison mailbox.  Please include your FOIA tracking number in your email.

Sincerely,

The FOIA Team

Social Security Administration