# EXHIBIT 8

 Gmail

**Mark Betancourt <mark.betancourt@gmail.com>**

## FOIA Request SSA-2023-005048 Submitted

**SSAFOIA-DoNotReply@regulations.gov** <SSAFOIA-DoNotReply@regulations.gov>
To: mark.betancourt@gmail.com

Thu, Feb 23, 2023 at 3:44 PM

This message is to confirm your request submission to the FOIAonline application: View Request. Request information is as follows:

- Tracking Number: SSA-2023-005048
- Requester Name: Mark Betancourt
- Date Submitted: 02/23/2023
- Request Status: Submitted
- Description: Dear Ms. Christ:

  This is a request under the Freedom of Information Act.

  I request that a copy of documents containing the following information be provided to me:

  Records reflecting judge name, completion date and location (e.g. office or region) of all focused reviews of which an administrative law judge was the subject, from January 2006 to the present.

  Please note that this data is already publicly available as it pertains to some of the ALJs who have been the subjects of focused reviews, for example in this December, 2014 staff report to the House Committee on Oversight and Government Reform (e.g. the footnote on page 15): https://s3.documentcloud.org/documents/1384639/2014-12-18-misplaced-priorities-how-ssa.pdf.

  With this request, I am merely asking for the specified information on all focused reviews to date.

  Please provide this data electronically in spreadsheet form (Excel file or .csv).

  In order to help to determine my status to assess fees, you should know that I am a freelance journalist reporting for Mother Jones magazine, and this request is made as part of news gathering and not for a commercial use.

  Thank you for your consideration of this request. Please don't hesitate to contact me at mark.betancourt@gmail.com or (520) 245-2794 with any questions.

  Sincerely,

  Mark Betancourt