# EXHIBIT 9

 **Gmail**

**Mark Betancourt <mark.betancourt@gmail.com>**

## request for completion date for SSA-2023-005048

**Mark Betancourt** <mark.betancourt@gmail.com>                                    Fri, Sep 8, 2023 at 4:21 PM
To: ^FOIA Public Liaison <FOIA.Public.Liaison@ssa.gov>

Hello,

I am writing to request an estimated completion date for pending
request SSA-2023-005048 as afforded by the FOIA statute 5 U.S.C. §
552(a)(7)(B)(ii), which requires the agency to provide an "estimated
date on which the agency will complete action."

Thanks in advance,

Mark Betancourt
(520) 245-2794
mark.betancourt@gmail.com