# EXHIBIT 10



**Mark Betancourt <mark.betancourt@gmail.com>**

## SSA-2023-005048-Response to Status Inquiry of FOIA Request -9-11-23

**noreply@foia.ssa.gov** <noreply@foia.ssa.gov>  Mon, Sep 11, 2023 at 2:34 PM
To: mark.betancourt@gmail.com

Dear Mark Betancourt,

We are in receipt of your email you sent to our FOIA Public Liaison (FPL) mailbox on September 8, 2023, inquiring about the status of your FOIA request SSA-2023-005048. Please note the Social Security Administration (SSA) transitioned to a new Freedom of Information Act (FOIA) processing system, FOIAXpress. The transition took some time to complete. We apologize for the temporary delay in addressing your requests while we moved to the new system.

Your request is currently being reviewed by our legal department. We will continue to process your request and release a response as soon as possible. Please feel free to email concerning the status of your request at any time.

Please do not reply directly to this email correspondence. If you need to correspond with us regarding your FOIA request, please send your correspondence to FOIA.Public.Liaison@ssa.gov. The FOIA Public Liaison mailbox was created to assist the public with their FOIA requests, as well as to provide assistance to individuals requesting access to their own records under the Privacy Act. When you email this mailbox, we encourage you to limit the amount of personally identifiable information you provide in your email correspondence. While SSA operates within a secure network, we have no control of the data we receive while it is in transit to or from our FOIA Public Liaison mailbox. Please include your FOIA tracking number in your email.

Sincerely,
The FOIA Team
Social Security Administration