# EXHIBIT 12

| FR | Full Name | Subject | Office | Region | Report Date |
|---|---|---|---|---|---|
| 23-8 | (b2), (b6) | (b2), (b6) | b6) | | 5/5/23 |
| 11-1 | (b2), (b6) | (b2), (b6) | (b6) | (b6) | 8/15/11 |
| 11-1 | (b2), (b6) | (b2), (b6) | (b6) | (b6) | 8/15/11 |
| 11-1 | (b2), (b6) | (b2), (b6) | (b6) | (b6) | 8/15/11 |
| 11-1 | (b2), (b6) | (b2), (b6) | (b6) | (b6) | 8/15/11 |
| 11-2 | (b2), (b6) | (b2), (b6) | (b6) | (b6) | 7/15/11 |
| 11-3 | (b2), (b6) | (b2), (b6) | (b6) | (b6) | 7/25/11 |
| 11-4 | (b2), (b6) | (b2), (b6) | (b6) | (b6) | 7/12/11 |
| 11-5 | (b2), (b6) | (b2), (b6) | (b6) | (b6) | 8/12/11 |
| 11-7 | (b2), (b6) | (b2), (b6) | (b6) | (b6) | 9/7/11 |
| 11-7 | (b2), (b6) | (b2), (b6) | (b6) | (b6) | 9/7/11 |
| 11-7 | (b2), (b6) | (b2), (b6) | (b6) | (b6) | 9/7/11 |
| 11-7 | (b2), (b6) | (b2), (b6) | (b6) | (b6) | 9/7/11 |
| 11-7 | (b2), (b6) | (b2), (b6) | (b6) | (b6) | 9/7/11 |
| 12-1 | (b2), (b6) | (b2), (b6) | (b6) | (b6) | 4/12/13 |
| 12-1 | (b2), (b6) | (b2), (b6) | (b6) | (b6) | |
| 12-1 | (b2), (b6) | (b2), (b6) | (b6) | (b6) | 10/17/11 |
| 12-2 | (b2), (b6) | (b2), (b6) | (b6) | (b6) | 11/10/11 |
| 12-3 | (b2), (b6) | (b2), (b6) | (b6) | (b6) | 11/22/11 |
| 12-3 | (b2), (b6) | (b2), (b6) | (b6) | (b6) | 11/29/11 |
| 12-4 | (b2), (b6) | (b2), (b6) | (b6) | (b6) | 11/23/11 |
| 12-5 | (b2), (b6) | (b2), (b6) | (b6) | (b6) | 3/12/12 |
| 12-6 | (b2), (b6) | (b2), (b6) | (b6) | (b6) | 3/20/12 |
| 12-6 | (b2), (b6) | (b2), (b6) | (b6) | (b6) | 3/20/12 |
| 12-6 | (b2), (b6) | (b2), (b6) | (b6) | (b6) | 3/30/12 |
| 12-7 | (b2), (b6) | (b2), (b6) | (b6) | (b6) | 4/11/12 |
| 12-7 | (b2), (b6) | (b2), (b6) | (b6) | (b6) | 4/11/12 |
| 12-8 | (b2), (b6) | (b2), (b6) | (b6) | (b6) | 7/2/12 |
| 12-9 | (b2), (b6) | (b2), (b6) | (b6) | (b6) | 9/20/12 |
| 12-10 | (b2), (b6) | (b2), (b6) | (b6) | (b6) | 10/18/12 |
| 13-1 | (b2), (b6) | (b2), (b6) | (b6) | (b6) | 10/12/12 |
| 13-2 | (b2), (b6) | (b2), (b6) | (b6) | (b6) | 11/5/12 |
| 13-3 | (b2), (b6) | (b2), (b6) | (b6) | (b6) | 11/30/12 |
| 13-4 | (b2), (b6) | (b2), (b6) | (b6) | (b6) | 12/14/12 |
| 13-5 | (b2), (b6) | (b2), (b6) | (b6) | (b6) | 1/11/13 |
| 13-6 | (b2), (b6) | (b2), (b6) | (b6) | (b6) | 1/23/13 |
| 13-7 | (b2), (b6) | (b2), (b6) | (b6) | (b6) | 2/22/13 |
| 13-8 | (b2), (b6) | (b2), (b6) | (b6) | (b6) | 3/1/13 |
| 13-9 | (b2), (b6) | (b2), (b6) | (b6) | (b6) | 3/26/13 |
| 13-10 | (b2), (b6) | (b2), (b6) | (b6) | (b6) | 4/26/13 |
| 13-11 | (b2), (b6) | (b2), (b6) | (b6) | (b6) | 4/12/13 |
| 13-12 | (b2), (b6) | (b2), (b6) | (b6) | (b6) | 5/10/13 |
| 13-13 | (b2), (b6) | (b2), (b6) | (b6) | (b6) | 5/15/13 |
| 13-14 | (b2), (b6) | (b2), (b6) | (b6) | (b6) | 5/31/13 |
| 13-15 | (b2), (b6) | (b2), (b6) | (b6) | (b6) | 5/24/13 |
| 13-16 | (b2), (b6) | (b2), (b6) | (b6) | (b6) | 5/31/13 |
| 13-17 | (b2), (b6) | (b2), (b6) | (b6) | (b6) | 6/24/13 |

| | | | | | |
|---|---|---|---|---|---|
| 13-18 | (b2), (b6) | (b2), (b6) | (b6) | (b6) | 6/12/13 |
| 13-19 | (b2), (b6) | (b2), (b6) | (b6) | (b6) | 6/21/13 |
| 13-20 | (b2), (b6) | (b2), (b6) | (b6) | (b6) | 5/31/13 |
| 13-21 | (b2), (b6) | (b2), (b6) | (b6) | (b6) | 8/2/13 |
| 13-22 | (b2), (b6) | (b2), (b6) | (b6) | (b6) | 8/2/13 |
| 13-23 | (b2), (b6) | (b2), (b6) | (b6) | (b6) | 8/16/13 |
| 13-24 | (b2), (b6) | (b2), (b6) | (b6) | (b6) | 9/23/13 |
| 13-25 | (b2), (b6) | (b2), (b6) | (b6) | (b6) | 9/25/13 |
| 14-1 | (b2), (b6) | (b2), (b6) | (b6) | (b6) | 10/25/13 |
| 14-2 | (b2), (b6) | (b2), (b6) | (b6) | (b6) | 11/15/13 |
| 14-3 | (b2), (b6) | (b2), (b6) | (b6) | (b6) | 11/22/13 |
| 14-4 | (b2), (b6) | (b2), (b6) | (b6) | (b6) | 1/15/14 |
| 14-5 | (b2), (b6) | (b2), (b6) | (b6) | (b6) | 1/31/14 |
| 14-6 | (b2), (b6) | (b2), (b6) | (b6) | (b6) | 3/7/14 |
| 14-7 | (b2), (b6) | (b2), (b6) | (b6) | (b6) | 3/28/14 |
| 14-8 | (b2), (b6) | (b2), (b6) | (b6) | (b6) | 3/28/14 |
| 14-9 | (b2), (b6) | (b2), (b6) | (b6) | (b6) | 4/18/14 |
| 14-10 | (b2), (b6) | (b2), (b6) | (b6) | (b6) | 4/25/14 |
| 14-11 | (b2), (b6) | (b2), (b6) | (b6) | (b6) | 5/16/14 |
| 14-12 | (b2), (b6) | (b2), (b6) | (b6) | (b6) | 5/23/14 |
| 14-13 | (b2), (b6) | (b2), (b6) | (b6) | (b6) | 6/6/14 |
| 14-14 | (b2), (b6) | (b2), (b6) | (b6) | (b6) | 6/19/14 |
| 14-15 | (b2), (b6) | (b2), (b6) | (b6) | (b6) | 7/18/14 |
| 14-16 | (b2), (b6) | (b2), (b6) | (b6) | (b6) | 8/22/14 |
| 14-17 | (b2), (b6) | (b2), (b6) | (b6) | (b6) | 9/10/14 |
| 14-18 | (b2), (b6) | (b2), (b6) | (b6) | (b6) | 9/12/14 |
| 15-1 | (b2), (b6) | (b2), (b6) | (b6) | (b6) | 10/10/14 |
| 15-2 | (b2), (b6) | (b2), (b6) | (b6) | (b6) | 11/16/14 |
| 15-4 | (b2), (b6) | (b2), (b6) | (b6) | (b6) | 12/12/14 |
| 15-5 | (b2), (b6) | (b2), (b6) | (b6) | (b6) | 1/7/15 |
| 15-6 | (b2), (b6) | (b2), (b6) | (b6) | (b6) | 1/16/15 |
| 15-7 | (b2), (b6) | (b2), (b6) | (b6) | (b6) | 2/20/15 |
| 15-8 | (b2), (b6) | (b2), (b6) | (b6) | (b6) | 2/20/15 |
| 15-9 | (b2), (b6) | (b2), (b6) | (b6) | (b6) | 3/13/15 |
| 15-10 | (b2), (b6) | (b2), (b6) | (b6) | (b6) | 4/7/15 |
| 15-11 | (b2), (b6) | (b2), (b6) | (b6) | (b6) | 4/15/15 |
| 15-12 | (b2), (b6) | (b2), (b6) | (b6) | (b6) | 4/24/15 |
| 15-13 | (b2), (b6) | (b2), (b6) | (b6) | (b6) | 5/22/15 |
| 15-14 | (b2), (b6) | (b2), (b6) | (b6) | (b6) | 6/18/15 |
| 15-15 | (b2), (b6) | (b2), (b6) | (b6) | (b6) | 8/7/15 |
| 16-1 | (b2), (b6) | (b2), (b6) | (b6) | (b6) | 10/6/15 |
| 16-2 | (b2), (b6) | (b2), (b6) | (b6) | (b6) | 11/12/15 |
| 16-3 | (b2), (b6) | (b2), (b6) | (b6) | (b6) | 11/20/15 |
| 16-5 | (b2), (b6) | (b2), (b6) | (b6) | (b6) | 1/8/16 |
| 16-6 | (b2), (b6) | (b2), (b6) | (b6) | (b6) | 1/8/16 |
| 16-8 | (b2), (b6) | (b2), (b6) | (b6) | (b6) | 3/18/16 |
| 16-9 | (b2), (b6) | (b2), (b6) | (b6) | (b6) | 4/1/16 |
| 16-10 | (b2), (b6) | (b2), (b6) | (b6) | (b6) | 4/15/16 |

| | | | | | |
|---|---|---|---|---|---|
| 16-11 | (b2), (b6) | (b2), (b6) | (b6) | (b6) | 5/13/16 |
| 16-12 | (b2), (b6) | (b2), (b6) | (b6) | (b6) | 6/3/16 |
| 16-13 | (b2), (b6) | (b2), (b6) | (b6) | (b6) | 6/10/16 |
| 16-14 | (b2), (b6) | (b2), (b6) | (b6) | (b6) | 7/7/16 |
| 16-15 | (b2), (b6) | (b2), (b6) | (b6) | (b6) | 7/15/16 |
| 16-16 | (b2), (b6) | (b2), (b6) | (b6) | (b6) | 7/29/16 |
| 16-17 | (b2), (b6) | (b2), (b6) | (b6) | (b6) | 8/5/16 |
| 16-18 | (b2), (b6) | (b2), (b6) | (b6) | (b6) | 8/26/16 |
| 16-19 | (b2), (b6) | (b2), (b6) | (b6) | (b6) | 9/16/16 |
| 16-20 | (b2), (b6) | (b2), (b6) | (b6) | (b6) | 9/30/16 |
| 17-1 | (b2), (b6) | (b2), (b6) | (b6) | (b6) | 10/28/16 |
| 17-2 | (b2), (b6) | (b2), (b6) | (b6) | (b6) | 11/18/16 |
| 17-3 | (b2), (b6) | (b2), (b6) | (b6) | (b6) | 12/9/16 |
| 17-4 | (b2), (b6) | (b2), (b6) | (b6) | (b6) | 1/13/17 |
| 17-5 | (b2), (b6) | (b2), (b6) | (b6) | (b6) | 1/27/17 |
| 17-6 | (b2), (b6) | (b2), (b6) | (b6) | (b6) | 2/10/17 |
| 17-7 | (b2), (b6) | (b2), (b6) | (b6) | (b6) | 2/24/17 |
| 17-8 | (b2), (b6) | (b2), (b6) | (b6) | (b6) | 3/10/17 |
| 17-9 | (b2), (b6) | (b2), (b6) | (b6) | (b6) | 4/5/17 |
| 17-10 | (b2), (b6) | (b2), (b6) | (b6) | (b6) | 4/12/17 |
| 17-11 | (b2), (b6) | (b2), (b6) | (b6) | (b6) | 4/26/17 |
| 17-12 | (b2), (b6) | (b2), (b6) | (b6) | (b6) | 5/10/17 |
| 17-13 | (b2), (b6) | (b2), (b6) | (b6) | (b6) | 5/24/17 |
| 17-14 | (b2), (b6) | (b2), (b6) | (b6) | (b6) | 6/14/17 |
| 17-15 | (b2), (b6) | (b2), (b6) | (b6) | (b6) | 6/22/17 |
| 17-16 | (b2), (b6) | (b2), (b6) | (b6) | (b6) | 7/10/17 |
| 17-17 | (b2), (b6) | (b2), (b6) | (b6) | (b6) | 7/19/17 |
| 17-18 | (b2), (b6) | (b2), (b6) | (b6) | (b6) | 8/9/17 |
| 17-19 | (b2), (b6) | (b2), (b6) | (b6) | (b6) | 8/30/17 |
| 17-20 | (b2), (b6) | (b2), (b6) | (b6) | (b6) | 9/8/17 |
| 18-1 | (b2), (b6) | (b2), (b6) | (b6) | (b6) | 10/4/17 |
| 18-2 | (b2), (b6) | (b2), (b6) | (b6) | (b6) | 10/27/17 |
| 18-3 | (b2), (b6) | (b2), (b6) | (b6) | (b6) | 11/8/17 |
| 18-4 | (b2), (b6) | (b2), (b6) | (b6) | (b6) | 12/1/17 |
| 18-5 | (b2), (b6) | (b2), (b6) | (b6) | (b6) | 12/8/17 |
| 18-6 | (b2), (b6) | (b2), (b6) | (b6) | (b6) | 1/12/18 |
| 18-7 | (b2), (b6) | (b2), (b6) | (b6) | (b6) | 5/4/18 |
| 18-8 | (b2), (b6) | (b2), (b6) | (b6) | (b6) | 6/1/18 |
| 18-9 | (b2), (b6) | (b2), (b6) | (b6) | (b6) | 6/7/18 |
| 18-10 | (b2), (b6) | (b2), (b6) | (b6) | (b6) | 6/28/18 |
| 18-11 | (b2), (b6) | (b2), (b6) | (b6) | (b6) | 7/12/18 |
| 18-12 | (b2), (b6) | (b2), (b6) | (b6) | (b6) | 8/9/18 |
| 18-13 | (b2), (b6) | (b2), (b6) | (b6) | (b6) | 8/30/18 |
| 18-14 | (b2), (b6) | (b2), (b6) | (b6) | (b6) | 9/6/18 |
| 18-15 | (b2), (b6) | (b2), (b6) | (b6) | (b6) | 9/20/18 |
| 19-1 | (b2), (b6) | (b2), (b6) | (b6) | (b6) | 10/4/18 |
| 19-2 | (b2), (b6) | (b2), (b6) | (b6) | (b6) | 10/18/18 |
| 19-3 | (b2), (b6) | (b2), (b6) | (b6) | (b6) | 11/1/18 |

| | | | | | |
|---|---|---|---|---|---:|
| 19-4 | (b2), (b6) | (b2), (b6) | (b6) | (b6) | 11/15/18 |
| 19-5 | (b2), (b6) | (b2), (b6) | (b6) | (b6) | 11/29/18 |
| 19-6 | (b2), (b6) | (b2), (b6) | (b6) | (b6) | 12/13/18 |
| 19-7 | (b2), (b6) | (b2), (b6) | (b6) | (b6) | 12/20/18 |
| 19-8 | (b2), (b6) | (b2), (b6) | (b6) | (b6) | 1/10/19 |
| 19-9 | (b2), (b6) | (b2), (b6) | (b6) | (b6) | 2/7/19 |
| 19-10 | (b2), (b6) | (b2), (b6) | (b6) | (b6) | 2/27/19 |
| 19-10 | (b2), (b6) | (b2), (b6) | (b6) | (b6) | 2/27/19 |
| 19-10 | (b2), (b6) | (b2), (b6) | (b6) | (b6) | 2/27/19 |
| 19-10 | (b2), (b6) | (b2), (b6) | (b6) | (b6) | 2/27/19 |
| 19-11 | (b2), (b6) | (b2), (b6) | (b6) | (b6) | 3/7/19 |
| 19-12 | (b2), (b6) | (b2), (b6) | (b6) | (b6) | 3/21/19 |
| 19-13 | (b2), (b6) | (b2), (b6) | (b6) | (b6) | 4/4/19 |
| 19-14 | (b2), (b6) | (b2), (b6) | (b6) | (b6) | 4/18/19 |
| 19-15 | (b2), (b6) | (b2), (b6) | (b6) | (b6) | 5/9/19 |
| 19-16 | (b2), (b6) | (b2), (b6) | (b6) | (b6) | 5/30/19 |
| 19-17 | (b2), (b6) | (b2), (b6) | (b6) | (b6) | 6/24/19 |
| 19-18 | (b2), (b6) | (b2), (b6) | (b6) | (b6) | 6/27/19 |
| 19-19 | (b2), (b6) | (b2), (b6) | (b6) | (b6) | 7/11/19 |
| 19-20 | (b2), (b6) | (b2), (b6) | (b6) | (b6) | 7/29/19 |
| 19-21 | (b2), (b6) | (b2), (b6) | (b6) | (b6) | 8/19/19 |
| 19-22 | (b2), (b6) | (b2), (b6) | (b6) | (b6) | 8/19/19 |
| 20-1 | (b2), (b6) | (b2), (b6) | (b6) | (b6) | 1/31/20 |
| 20-2 | (b2), (b6) | (b2), (b6) | (b6) | (b6) | 11/13/19 |
| 20-3 | (b2), (b6) | (b2), (b6) | (b6) | (b6) | 11/6/19 |
| 20-4 | (b2), (b6) | (b2), (b6) | (b6) | (b6) | 12/23/19 |
| 20-5 | (b2), (b6) | (b2), (b6) | (b6) | (b6) | 12/9/19 |
| 20-6 | (b2), (b6) | (b2), (b6) | (b6) | (b6) | 2/20/20 |
| 20-7 | (b2), (b6) | (b2), (b6) | (b6) | (b6) | 3/27/20 |
| 20-8 | (b2), (b6) | (b2), (b6) | (b6) | (b6) | 4/17/20 |
| 20-9 | (b2), (b6) | (b2), (b6) | (b6) | (b6) | 5/12/20 |
| 20-10 | (b2), (b6) | (b2), (b6) | (b6) | (b6) | 6/25/20 |
| 20-11 | (b2), (b6) | (b2), (b6) | (b6) | (b6) | 6/4/20 |
| 20-12 | (b2), (b6) | (b2), (b6) | (b6) | (b6) | 7/23/20 |
| 20-13 | (b2), (b6) | (b2), (b6) | (b6) | (b6) | 8/10/20 |
| 20-14 | (b2), (b6) | (b2), (b6) | (b6) | (b6) | 8/27/20 |
| 20-15 | (b2), (b6) | (b2), (b6) | (b6) | (b6) | 9/17/20 |
| 21-1 | (b2), (b6) | (b2), (b6) | (b6) | (b6) | 3/5/21 |
| 21-2 | (b2), (b6) | (b2), (b6) | (b6) | (b6) | 4/2/21 |
| 21-3 | (b2), (b6) | (b2), (b6) | (b6) | (b6) | 3/9/21 |
| 21-4 | (b2), (b6) | (b2), (b6) | (b6) | (b6) | 4/23/21 |
| 21-5 | (b2), (b6) | (b2), (b6) | (b6) | (b6) | 5/12/21 |
| 21-6 | (b2), (b6) | (b2), (b6) | (b6) | (b6) | 5/27/21 |
| 21-7 | (b2), (b6) | (b2), (b6) | (b6) | (b6) | 6/24/21 |
| 21-8 | (b2), (b6) | (b2), (b6) | (b6) | (b6) | 7/16/21 |
| 21-9 | (b2), (b6) | (b2), (b6) | (b6) | (b6) | 7/7/21 |
| 21-10 | (b2), (b6) | (b2), (b6) | (b6) | (b6) | 9/16/21 |
| 21-11 | (b2), (b6) | (b2), (b6) | (b6) | (b6) | 9/22/21 |

| | | | | | |
|---|---|---|---|---|---|
| 21-12 | (b2), (b6) | (b2), (b6) | (b6) | (b6) | 7/28/21 |
| 21-13 | (b2), (b6) | (b2), (b6) | (b6) | (b6) | 8/28/21 |
| 21-14 | (b2), (b6) | (b2), (b6) | (b6) | (b6) | 8/26/21 |
| 21-15 | (b2), (b6) | (b2), (b6) | (b6) | (b6) | 9/2/21 |
| 21-16 | (b2), (b6) | (b2), (b6) | (b6) | (b6) | 9/4/21 |
| 21-17 | (b2), (b6) | (b2), (b6) | (b6) | (b6) | 9/9/21 |
| 21-18 | (b2), (b6) | (b2), (b6) | (b6) | (b6) | 9/13/21 |
| 21-19 | (b2), (b6) | (b2), (b6) | (b6) | (b6) | 9/24/21 |
| 21-20 | (b2), (b6) | (b2), (b6) | (b6) | (b6) | 9/14/21 |
| 22-1 | (b2), (b6) | (b2), (b6) | (b6) | (b6) | 3/4/22 |
| 22-2 | (b2), (b6) | (b2), (b6) | (b6) | (b6) | 3/21/22 |
| 22-3 | (b2), (b6) | (b2), (b6) | (b6) | (b6) | 4/15/22 |
| 22-4 | (b2), (b6) | (b2), (b6) | (b6) | (b6) | |
| 22-5 | (b2), (b6) | (b2), (b6) | (b6) | (b6) | 5/2/22 |
| Replacement 22-4 | (b2), (b6) | (b2), (b6) | (b6) | (b6) | 5/20/22 |
| 22-6 | (b2), (b6) | (b2), (b6) | (b6) | (b6) | 7/8/22 |
| 22-7 | (b2), (b6) | (b2), (b6) | (b6) | (b6) | 6/8/22 |
| 22-8 | (b2), (b6) | (b2), (b6) | (b6) | (b6) | 7/15/22 |
| 22-9 | (b2), (b6) | (b2), (b6) | (b6) | (b6) | 8/5/22 |
| 22-10 | (b2), (b6) | (b2), (b6) | (b6) | (b6) | 7/25/22 |
| 22-11 | (b2), (b6) | (b2), (b6) | (b6) | (b6) | 8/15/22 |
| 22-12 | (b2), (b6) | (b2), (b6) | (b6) | (b6) | 9/23/22 |
| 22-13 | (b2), (b6) | (b2), (b6) | (b6) | (b6) | 8/19/22 |
| 22-14 | (b2), (b6) | (b2), (b6) | (b6) | (b6) | 8/25/22 |
| 22-15 | (b2), (b6) | (b2), (b6) | (b6) | (b6) | 9/22/22 |
| 22-16 | (b2), (b6) | (b2), (b6) | (b6) | (b6) | 9/16/22 |
| 23-1 | (b2), (b6) | (b2), (b6) | (b6) | (b6) | 12/5/22 |
| 23-2 | (b2), (b6) | (b2), (b6) | (b6) | (b6) | 12/14/22 |
| 23-3 | (b2), (b6) | (b2), (b6) | (b6) | (b6) | 1/17/23 |
| 23-4 | (b2), (b6) | (b2), (b6) | (b6) | (b6) | 1/6/23 |
| 23-5 | (b2), (b6) | (b2), (b6) | (b6) | (b6) | 3/30/23 |
| 23-6 | (b2), (b6) | (b2), (b6) | (b6) | (b6) | |
| 23-7 | (b2), (b6) | (b2), (b6) | (b6) | (b6) | 4/27/23 |