# EXHIBIT 14

Reporters Committee for Freedom of the Press Mail - Automatic reply: [EXTERNAL] FOIA Administrative Appeal: SSA-2023-005048



Shawn Musgrave <smusgrave@rcfp.org>

---

## Automatic reply: [EXTERNAL] FOIA Administrative Appeal: SSA-2023-005048

**^FOIA Public Liaison** <FOIA.Public.Liaison@ssa.gov>
To: Shawn Musgrave <smusgrave@rcfp.org>

Wed, Oct 25, 2023 at 5:39 PM

Automatic Reply --


Thank you for your email to the Social Security Administration's (SSA) Freedom of Information Act (FOIA) Public Liaison mailbox.  This mailbox was created to assist the public with their FOIA requests, as well as to provide assistance to individuals requesting access to their own records under the Privacy Act.  When you email this mailbox, we encourage you to limit the amount of personally identifiable information you provide in your email correspondence.  While SSA operates within a secure network, we have no control of the data we receive while it is in transit to or from our FOIA Public Liaison mailbox.


Thank you,

The FOIA Team and the Privacy Act Team

SSA